UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Nancy Knudtson,

    Plaintiff,

v.

    NOTICE OF APPEAL

County of Trempealeau and
Taavi McMahon,

    Case No. 18-cv-354

    Defendants.

---

Notice is hereby given that Nancy Knudtson, Plaintiff, in the above-named matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order, and Judgment, entered on October 10, 2019, in favors of Defendants, County of Trempealeau and Taavi McMahon, and against Nancy Knudtson, granting Defendants' Motions of Summary Judgment and dismissal.

Dated: 11/8/19

BAKKE NORMAN, S.C.

By: _____
Peter M. Reinhardt
Attorney No. 1025187
2919 Schneider Avenue SE, P.O. Box 280
Menomonie, WI 54751-0280
(715) 235-9016
preinhardt@bakkenorman.com

Attorneys for Nancy Knudtson